

# ELECTRONIC RECORD

COA # 14-12-00970-CR

OFFENSE: Aggravated Robbery

STYLE: Larry Jordan v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed

TRIAL COURT: 351st District Court

DATE: 11/14/2013     Publish: No

TC CASE #: 1333308

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Larry Jordan v The State of Texas     CCA # **1656-13**

_____State's_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_granted & remanded_

DATE: _April 16, 2014_

JUDGE: _PC_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**